IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **SAMUEL JEDIDIAH BURLESON,** *Plaintiff,* | § § § § | |
| **v.** | § § | 6:22-CV-00660-ADA |
| **UNITED STATES OF AMERICA,** *Defendant.* | § § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 4. The Report recommends that this Court grant Plaintiff's Motion to Proceed In Forma Pauperis (ECF No. 2). The Report and Recommendation was filed on August 25, 2022.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on August 31, 2022. ECF No. 5. The Court has conducted a *de novo* review of the complaint, the report and recommendation, the objections to the report and recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske, ECF No. 4, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's objections are **OVERRULED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Proceed In Forma Pauperis (ECF No. 2) is **GRANTED**.

**IT IS FINALLY ORDERED** that this case is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(i). The Court's Clerk is directed to close this case.

**SIGNED** this 28th day of July, 2023.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**